IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHALMERS A. SIMPON, :
    Plaintiff :
:
vs. : CIVIL NO. 1:CV-09-2223
:
CHESTER COUNTY PRISON, et al., :
    Defendants :

*O R D E R*

AND NOW, this 14th of January, 2010, upon consideration of the report and recommendation of the magistrate judge (doc. 12), filed December 10, 2009, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. The Clerk of Court shall transfer this case to the United States District Court for the Eastern District of Pennsylvania.

    3. The Clerk of Court shall close this file.

                                              /s/William W. Caldwell
                                              William W. Caldwell
                                              United States District Judge